O

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY GILES,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>J. MARCELO; C. WU,<br><br>　　　　　　Defendants. | Case No. CV 15-02341 JGB (AFM)<br><br>**JUDGMENT** |

　　　　Pursuant to the Court's Order Accepting the Report and Recommendation of the United States Magistrate Judge,

　　　　IT IS ORDERED AND ADJUDGED that the action is dismissed without prejudice for failure to prosecute.

DATED:  December 28, 2016

_____
JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE